■ CRISTA A. GRISANTI, as Parent and Natural Guardian of AVA PANEK, an Infant, Respondent, v DAVID I. KURSS, M.D., et al., Appellants. [960 NYS2d 683]—Appeals from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered October 5, 2011. The order denied the motions of defendants for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.

■ In the Matter of DARYL KNICKERBOCKER, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [961 NYS2d 355]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered August 21, 2012) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Fahey, Carni, Lindley and Whalen, JJ.